RYAN D. FISCHBACH, ESQ., Bar No. 204406
*rfischbach@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  310.820.8800
Facsimile:   310.820.8859

*Attorneys for Defendant*
GENESCO, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO RODRIGUEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GENESCO, INC., a Tennessee Corporation, D.B.A. Journey's, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL**<br><br>*[Filed concurrently with Civil Case Cover Sheet; and Notice of Interested Parties]*<br><br>Action Filed:      November 30, 2020 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant GENESCO, INC. ("Genesco") removes the action filed by ROSARIO RODRIGUEZ ("Plaintiff") in the Superior Court of the State of California in and for the County of Los Angeles, captioned *Rosario Rodriguez v. Genesco, Inc., et al.,* Case No. 20STCV45747, to the United States District Court for the Central District of California.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Genesco hereby provides notice of removal of this action from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central

1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

District of California. In support of this Notice of Removal, Genesco states as follows:

1. On November 30, 2020, Plaintiff filed a complaint against Genesco in the Superior Court of California for the County of Los Angeles, Case No. 20STCV45747 (the "Action"). The Action asserted certain legal claims against Genesco under California's Unruh Civil Rights Act, California Civil Code §§ 51 *et seq.* ("Unruh Act").

2. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1) because it is filed within 30 days after receipt by Genesco (which was served through its agent on January 19, 2021), through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

3. A copy of the Superior Court of California for the County of Los Angeles case docket as of the date of this filing is attached as Exhibit 1. Pursuant to 28 U.S.C. §1446(a), all process, pleadings, and orders that have been filed and/or served in the State Court Action are attached hereto as Exhibit 2.

4. Pursuant to 28 U.S.C. §§ 1331 and 1441(a), removal is proper because Plaintiff's Complaint includes claims arising under the laws of the United States. Specifically, the Complaint includes claims seeking injunctive relief under the Unruh Act, which incorporates the Americans with Disabilities Act of 1990, 42 U.S.C. § 12181 et seq. *See* California Civil Code § 51(f) ("A violation of the right of any individual under the federal Americans with Disabilities Act of 1990 . . . shall also constitute a violation of this section."); *Franchise Tax Bd. of State of Cal. v. Constr. Laborers Vacation Trust for S. Cal.*, 463 U.S. 1, 13 (1983) (a case may arise under federal law where "it appears that some substantial, disputed question of federal law is a necessary element of one of the well-pleaded state claims"); *see also Fontano v. Little Caesar Enters., Inc.*, No. CV 10-6707 GAF FFMX, 2010 WL

4607021, at *2 (C.D. Cal. Nov. 3, 2010) (discussing how a claim seeking injunctive relief under the Unruh Act may give rise to federal-question jurisdiction).

5.    Moreover, a Consent Decree was recently entered in the U.S. District Court for the Central District of California addressing accessibility of the website at issue in this case: http://www.journeys.com and Defendant's obligations pertaining to the same. *Licea v. Genesco Inc.*, 5:20-cv-01854 (C.D. Cal. Nov. 24, 2020).

6.    Venue is also proper in the U.S. District Court for the Central District of California, because the State Court Action is pending within the jurisdictional confines of this Court. 28 U.S.C. § 1446(a).

7.    Genesco will provide written notice of the filing of this Notice of Removal to Plaintiff and the Superior Court of California for the County of Los Angeles.

WHEREFORE, Genesco hereby removes this civil action to this Court on the basis of federal question jurisdiction.

## NOTICE OF INTERESTED PARTIES

15.    Pursuant to Local Rule 7.1-1, a Notice of Interested Parties is being filed concurrently with this Notice of Removal.

///

///

///

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## <u>NOTICE</u>

16.     As required by 28 U.S.C. § 1446(d), Genesco is providing written notice of the filing of this Notice of Removal to Plaintiff and is filing a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, in and for the County of Los Angeles.

Respectfully submitted,

Dated:  February 18, 2021          **BAKER & HOSTETLER LLP**

By:     */s/ Ryan D. Fischbach*
              RYAN D. FISCHBACH

*Attorneys for Defendant*
GENESCO, INC.

NOTICE OF REMOVAL

**PROOF OF SERVICE**

I, Nancy L. Brazil, declare:

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.   My business address is 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California 90025-0509.  I served a copy of the within document(s):

**NOTICE OF REMOVAL**

☐  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. and the transmission was reported as complete and without error.

☐  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐  by placing the document(s) listed above in a sealed  envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a [service company]  agent for delivery.

☐  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☑  by transmitting via e-mail or electronic transmission the document(s) listed above to the e-mail address(es) set forth below on this date before 5:00 p.m. and the transmission was reported as complete and without error.

Azar Mouzari, Esq.                              *Attorneys for Plaintiff*
**BEVERLY HILLS TRIAL**                 ROSARIO RODRIGUEZ
**ATTORNEYS, P.C.**
468 N. Camden Drive, Suite 238
Beverly Hills, CA  90210-4507
Telephone:  310.858.5567
Facsimile:    424.286.0963
E-Mail:     *azar@bhtrialattorneys.com*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

     I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. Executed on February 4, 2021, at Los Angeles, California.

_____
                Nancy L. Brazil

2